

# NUMBER 13-23-00007-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PATRICIA A. FLORES, INDIVIDUALLY
AND PATRICIA A. FLORES, LLC,                         Appellants,

v.

CARING SENIOR SERVICE USA, LIMITED,                  Appellee.

On appeal from the 357th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Silva and Peña
Memorandum Opinion by Chief Justice Contreras**

This matter is before the court on its own motion. On January 9, 2023, the Clerk of the Court notified appellants that their notice of appeal was not in compliance with Texas Rule of Appellate Procedure 25.1(d)(2). On February 10, 2023, the Clerk of the Court again notified appellants that their notice of appeal was not in compliance with Texas Rule

of Appellate Procedure 25.1(d)(2), and appellants were instructed the appeal would be dismissed if the defect was not corrected within ten days. *See* TEX. R. APP. 42.3(b), (c). Additionally, on February 6, 2023, the Clerk of the Court notified appellants that they were delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellants the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the notice. *Id.*

Appellants failed to correct the defect in their notice of appeal, failed to pay the filing fee, and have otherwise not responded to the notices from the clerk requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
20th day of April, 2023.

2